

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00523-CV

BROOKS DITTO, BILLY PEMBLETON, AND KARINA CASTANEDA
v.
JUDITH CAMPOS AND JESSY CAMPOS

On Appeal from the
County Court at Law No. 1 of Hidalgo County, Texas
Trial Cause No. CL-15-0914-A

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed as moot. The Court orders the appeal in this cause number DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

November 23, 2016